# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS
### 655 EAST DURANGO BOULEVARD
### SAN ANTONIO, TEXAS 78206

CHAMBERS OF
## ORLANDO L. GARCIA
JUDGE

TELEPHONE:
(210)472-6565

July 6, 2009

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.     20544

Dear Committee:

I herein enclose an amended Financial Disclosure Report for Calendar Year 2008 pursuant to your letter dated June 12, 2009. I wish to thank you for bringing this matter to my attention. In preparing this amended report I consulted with my financial advisor who brought to my attention matters that should have been included in my prior Calendar Year 2007 report. Please note the following information in accordance with your instructions:

Part VII, page 4, lines 4, 6 and 7 should be completed in the following manner:

No. 4, Touchstone Mid Cap Growth FD ClA was purchased on 11/26/07 and sold on 1/29/08.
No. 6, Growth Fund America Class F was purchased on 12/24/07 and sold on 1/29/08.
No. 7, First Eagle Sogen FD Inc Overseas FD CLA was purchased on 12/26/07 and sold on on 1/29/08.
No. 15, SunAmerica Style SLC SER Inc F Oc was purchased on 12/15/07 and sold on 12/14/08.

No. 16, should be deleted as it is a duplicate of No. 15 and mistakenly reported twice.
No. 17, Mutual Series FD Inc Discovery FD was purchased on 12/24/07 and sold on 2/14/08.
Part VII, page 5, line 31, Eaton Value Dividend Builder F Und Class A was purchased on 1/29/08 and sold on 9/16/08.
Part VII, page 7, line 62, Federated Equity FDS Prudent B EAR FD CL A was purchased on 10/06/08 and sold on 12/19/08.

Each of the above funds should under B of the report, the income during the reporting period, should reflect an amount code of A and type Int/Div. Additionally, under D of the report, transactions during the reporting period, should reflect a value code of J, with exception of the Growth Fund America Class F, listed at Part VII, page 4, line 6, should be listed with a value code of K.

**Garcia_Orlando_L 1**

Further, the mutual funds listed at Part VII, page 7, lines 4 and 6, should reflect a Gain Code of A.

The Calendar Year 2007 report in VII, page 5 listed the following: Growth Fund Amercia Class F on line 22, and First Eagle SOGEN FDS Overseas FD Class A on line 33. These particular funds were both sold on 01/29/08 and the value code under D, transactions during reporting period, should be J.

I apologize for the inconvenience my previously issued report has caused and I will be more careful in future submissions. Given that the above information reflects information that should have been included in my 2007 report I request that a copy of this letter be attached to that report as an amendment for clarity and completeness.

Please advise me of any additional information required necessary information.

Thank you.

Sincerely,

Orlando L. Garcia
U. S. District Judge

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>GARCIA, ORLANDO L. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ARTICLE III JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>John H. Wood, Jr. US Courthse.<br>655 E. Durango Blvd.<br>San Antonio, TX 78206 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 13 A 10: 35 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/1/2002 | State legislative and judicial pension accounts which have vested and are created under Texas state law. |
| 2. 12/1/2013 | I am presently receiving my legislative pension which began at age 50; and I will receive my state judicial pension at age 60. |
| 3. | |

Garcia_Orlando_L 2

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1-01-2008 | Employees Retirement System of Texas (state legislative pension-monthly annuity) | $23,725.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Frost National Bank, San Antonio, Texas | Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Frost Bank Checking | A | Int./Div. | J | T | | | | | |
| 2. Frost Bank Savings | A | Int./Div. | J | T | | | | | |
| 3. Texas Tomorrow Fund "Y" | | | | | | | | | |
| 4. Touchstone Mid Cap Growth FD CL A | A | Int./Div. | | | Sold | 1/29 | J | A | |
| 5. Loomis Sayles FDS II Strategic Income FD CL A | A | Int./Div. | | | Sold | 1/29 | J | | |
| 6. Growth Fund America Class F | A | Int./Div. | | | Sold | 1/29 | K | | |
| 7. First Eagle Sogen FD Inc Oversears FD CL A | A | Int./Div. | | | Sold | 1/29 | K | A | |
| 8. Diamond Hill Long-Short Fund CL A | A | Int./Div. | | | Sold | 1/29 | K | | |
| 9. Delaware Pooled TR Diversified Income FD CL A | A | Int./Div. | | | Sold | 1/29 | K | A | |
| 10. Blackrock Funds Large Cap Value FD CL A | A | Int./Div. | | | Sold | 1/29 | K | | |
| 11. Calamos Growth Fund Class A | A | Int./Div. | | | Sold | 1/30 | J | A | |
| 12. Calamos Invt TR New Conv Growth & Income FD CL-A | A | Int./Div. | | | Sold | 1/30 | J | | |
| 13. Mutual Series FD Inc Discovery FD | A | Int./Div. | | | Sold | 2/14 | J | | |
| 14. Blackrock Corporate Yield Fund | A | Int./Div. | | | Sold | 2/14 | J | | |
| 15. SUNAMERICA STYLE SLC SER INC F OC | A | Int./Div. | | | Sold | 2/14 | K | | |
| 16. SUNAMERICA STYLE SLC SER INC F OC | A | Int./Div. | | | Sold | 2/14 | J | | |
| 17. MUTUAL SERIES FD INC DISCOVERY FD | A | Int./Div. | | | Sold | 2/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ING FUNDS GLOBAL REAL ESTATE CL | A | Int./Div. | | | Sold | 2/14 | J | | |
| 19. FIRST EAGLE SOGEN GLOBAL FD CL C | A | Int./Div. | | | Sold | 2/14 | K | A | |
| 20. BLACKROCK ALL-CAP GLOBAL RE SOURCE | A | Int./Div. | | | Sold | 2/14 | J | A | |
| 21. FIRST EAGLE SOGEN GLOBAL FD CL C | A | Int./Div. | | | Sold | 2/15 | J | A | |
| 22. FIRST EAGLE SOGEN FD INC GLOBAL FD INC GLOBAL FD CL A | A | Int./Div. | | | Sold | 7/21 | J | | |
| 23. ING FUNDS GLOBAL REAL ESTATE CL A | A | Int./Div. | | | Sold | 9/3 | J | | |
| 24. EATON VANCE DIVIDEND BUILDER FUND CLASS A | A | Int./Div. | | | Sold | 9/3 | J | | |
| 25. SUNAMERICA STRATEGIC BOND FUND CL A | A | Int./Div. | | | Sold | 9/16 | K | | |
| 26. LOOMIS SAYLES FDS II STRATEGIC INCOME FD CL A | A | Int./Div. | | | Sold | 9/16 | K | | |
| 27. IVY FD GLOBAL NAT RES FD CL A | A | Int./Div. | | | Sold | 9/16 | J | | |
| 28. ING FUNDS GLOBAL REAL ESTATE CL A | A | Int./Div. | | | Sold | 9/16 | J | | |
| 29. GOLDMAN SACHS TR BRIC FUND CLASS A | A | Int./Div. | | | Sold | 9/16 | J | | |
| 30. FIRST EAGLE SOGEN FD INC GLOBAL FD CL A | A | Int./Div. | | | Sold | 9/16 | K | | |
| 31. EATON VANCE DIVIDEND BUILDER FUND CLASS A | A | Int./Div. | | | Sold | 9/16 | J | | |
| 32. BLACKROCK FUNDS GLOBAL ALLOCATION CL A | A | Int./Div. | | | Sold | 9/16 | K | | |
| 33. ING FUNDS GLOBAL REAL ESTATE CL A | A | Int./Div. | | | Sold | 9/18 | J | | |
| 34. PIMCO FDS PAC INVT M REAL RETURN BOND FUND INSTL CLASS | A | Int./Div. | | | Sold | 10/6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LORD ABBETT GLOBAL DEVELOPING MARKETS FD CL A | A | Int./Div. | | | Sold | 10/6 | J | | |
| 36. IVY FDS INC ASSET STRATEGY FD CL A | A | Int./Div. | | | Sold | 10/6 | K | | |
| 37. FIRST EAGLE SOGEN GLOBAL-I | A | Int./Div. | | | Sold | 10/6 | J | | |
| 38. DIAMOND HILL LONG-SHORT FUND CL A | A | Int./Div. | | | Sold | 10/6 | J | | |
| 39. RYDEX SERIES FUNDS MANAGED FUTURES STRATEGY CL H | A | Int./Div. | | | Sold | 10/7 | J | | |
| 40. PIMCO DEVELOPING LOCAL MARKETS FUND CLASS I | A | Int./Div. | | | Sold | 10/7 | J | | |
| 41. MATTHEWS ASIAN GROWTH & INCOME FUND | A | Int./Div. | | | Sold | 10/7 | J | | |
| 42. BLACKROCK FUNDS GLOBAL ALLOCATION INSTIT | A | Int./Div. | | | Sold | 10/7 | K | | |
| 43. BLACKROCK ALL-CAP GLOBAL RESOURCES CL-I | A | Int./Div. | | | Sold | 10/7 | J | | |
| 44. SUNAMERICA STRATEGIC BOND FUND | A | Int./Div. | | | Sold | 10/8 | J | | |
| 45. RYDEX SERIES FUNDS MANAGED FUT | A | Int./Div. | | | Sold | 10/8 | J | | |
| 46. PIMCO DEVELOPING LOCAL MARKETS | A | Int./Div. | | | Sold | 10/8 | J | | |
| 47. MATTHEWS ASIAN GROWTH & INCOME | A | Int./Div. | | | Sold | 10/8 | J | | |
| 48. LOOMIS SAYLES FDS II STRATEGIC INC | A | Int./Div. | | | Sold | 10/8 | J | | |
| 49. IVY FDS INC ASSET STRATEGY FD CL A | A | Int./Div. | | | Sold | 10/8 | J | | |
| 50. IVY FD GLOBAL NAT RES FD CL A | A | Int./Div. | | | Sold | 10/8 | J | | |
| 51. FIRST EAGLE SOGEN FD INC GLOBAL F | A | Int./Div. | | | Sold | 10/8 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EATON VANCE DIVIDEND BUILDER FUND | A | Int./Div. | | | Sold | 10/8 | J | | |
| 53. DIAMOND HILL LONG-SHORT FUND CL | A | Int./Div. | | | Sold | 10/8 | J | | |
| 54. BLACKROCK FUNDS GLOBAL ALLOCAT | A | Int./Div. | | | Sold | 10/8 | J | | |
| 55. ALLIANCEBERNSTEIN GLOBAL REAL ESTATE | A | Int./Div. | | | Sold | 10/8 | J | | |
| 56. FIRST EAGLE SOGEN FD INC GOLD FD A | A | Int./Div. | | | Sold | 11/6 | J | | |
| 57. FIRST EAGLE SOGEN FD INC GOLD FD | A | Int./Div. | | | Sold | 12/19 | J | A | |
| 58. FIDELITY ADVISOR SER I LEVERAGED CO STOCK FD INSTUL CL | A | Int./Div. | | | Sold | 12/19 | J | | |
| 59. FEDERATED ADJUSTABLE RATE SECURITIES FUND | A | Int./Div. | | | Sold | 12/19 | K | | |
| 60. ROOSEVELT MULTI-CAP | A | Int./Div. | | | Sold | 12/19 | K | | |
| 61. BLACKROCK GNMA PORT INST SHS | A | Int./Div. | | | Sold | 12/19 | K | A | |
| 62. FEDERATED EQUITY FDS PRUDENT BEAR FD CL A | A | Int./Div. | | | Sold | 12/19 | K | | |
| 63. SUN AMERICA STRATEGIC BOND FUND CL A | A | Int./Div. | | | Buy | 1/29 | K | | |
| 64. IVY FD GLOBAL NAT RES FD CL A | A | Int./Div. | | | Buy | 1/29 | J | | |
| 65. FIRST EAGLE SOGEN FD INC GLOBAL FD CL A | A | Int./Div. | | | Buy | 1/29 | J | | |
| 66. EATON VANCE DIVIDEND BUILDER FUND CLASS A | A | Int./Div. | | | Buy | 1/29 | J | | |
| 67. BLACKROCK FUNDS GLOBAL ALLOCATION CL A | A | Int./Div. | | | Buy | 1/29 | K | | |
| 68. ING FUNDS GLOBAL REAL ESTATE CL A | A | Int./Div. | | | Buy | 1/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | | |
|---|---|---|---|---|
| Name of Person Reporting | Date of Report | | | |
| GARCIA, ORLANDO L. | 05/07/2009 | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DIAMOND HILL LONG-SHORT FUND CL A | A | Int./Div. | | | Buy | 1/31 | J | | |
| 70. GOLDMAN SACHS TR BRIC FUND CLASS A | A | Int./Div. | | | Buy | 2/1 | J | | |
| 71. SUNAMERICA STRATEGIC BOND FUND | A | Int./Div. | | | Buy | 2/14 | J | | |
| 72. MATTHEWS ASIAN GROWTH & INCOME | A | Int./Div. | | | Buy | 2/14 | J | | |
| 73. LOOMIS SAYLES FDS II STRATEGIC INC | A | Int./Div. | | | Buy | 2/14 | J | | |
| 74. IVY FD GLOBAL NAT RES FD CL A | A | Int./Div. | | | Buy | 2/14 | J | | |
| 75. FIRST EAGLE SOGEN FD INC GLOBAL F | A | Int./Div. | | | Buy | 2/14 | J | | |
| 76. EATON VANCE DIVIDEND BUILDER FUN | A | Int./Div. | | | Buy | 2/14 | J | | |
| 77. DIAMOND HILL LONG-SHORT FUND CL | A | Int./Div. | | | Buy | 2/14 | J | | |
| 78. BLACKROCK FUNDS GLOBAL ALLO CAT | A | Int./Div. | | | Buy | 2/14 | J | | |
| 79. ALLIANCEBERSTEIN GLOBAL REAL ES | A | Int./Div. | | | Buy | 2/14 | J | | |
| 80. FIRST EAGLE SOGEN GLOBAL FD CL C | A | Int./Div. | | | Buy | 2/15 | K | | |
| 81. MATTHEWS ASIAN GROWTH & INCOME FUND | A | Int./Div. | | | Buy | 2/26 | J | | |
| 82. MATTHEWS ASIAN GROWTH & INCOME | A | Int./Div. | | | Buy | 2/26 | J | | |
| 83. IVY FDS INC ASSET STRATEGY FD CL A | A | Int./Div. | | | Buy | 6/25 | J | | |
| 84. RYDEX SERIES FUNDS MANAGED FUT | A | Int./Div. | | | Buy | 7/23 | J | | |
| 85. PIMCO DEVELOPING LOCAL MARKETS | A | Int./Div. | | | Buy | 8/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. RYDEX SERIES FUNDS MANAGED FUTURES STRATEGY CL H | A | Int./Div. | | | Buy | 9/16 | J | | |
| 87. PIMCO DEVELOPING LOCAL MARKETS FUND CLASS I | A | Int./Div. | | | Buy | 9/16 | J | | |
| 88. PIMCO FDS PAC INVT M REAL RETURN BOND FUND INSTL CLASS | A | Int./Div. | | | Buy | 9/16 | J | | |
| 89. MATTHEWS ASIAN GROWTH & INCOME FUND | A | Int./Div. | | | Buy | 9/16 | J | | |
| 90. LORD ABBETT GLOBAL DEVELOPING MKTS FD CL A | A | Int./Div. | | | Buy | 9/16 | J | | |
| 91. IVY EDS INC ASSET STRATEGY FD CL A | A | Int./Div. | | | Buy | 9/16 | K | | |
| 92. FIRST EAGLE SOGEN GLOBAL-I | A | Int./Div. | | | Buy | 9/16 | J | | |
| 93. DIAMOND HILL LONG-SHORT FUND CL A | A | Int./Div. | | | Buy | 9/16 | J | | |
| 94. ROOSEVELT MULTI-CAP | A | Int./Div. | | | Buy | 9/16 | J | | |
| 95. BLACKROCK FUNDS GLOBAL ALLOCATION INSTIT | A | Int./Div. | | | Buy | 9/16 | K | | |
| 96. BLACKROCK ALL-CAP GLOBAL RESOURCES CL-I | A | Int./Div. | | | Buy | 9/16 | J | | |
| 97. PRUDENT BEAR FDS INC | A | Int./Div. | | | Buy | 10/6 | K | | |
| 98. FIRST EAGLE SOGEN FD INC GOLD FD A | A | Int./Div. | | | Buy | 10/6 | J | | |
| 99. FEDERATED ADJUSTABLE RATE SECURITIES FUND | A | Int./Div. | | | Buy | 10/6 | K | | |
| 100. ROOSEVELT MULTI-CAP | A | Int./Div. | | | Buy | 10/6 | K | | |
| 101. BLACKROCK GNMA PORT INST SHS | A | Int./Div. | | | Buy | 10/6 | K | | |
| 102. FIRST EAGLE SOGEN FD INC GOLD FD | A | Int./Div. | | | Buy | 10/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FEDERATED ADJUSTABLE RATE SECUR | A | Int./Div. | | | Buy | 10/8 | J | | |
| 104. BLACKROCK GNMA PORT INST SHS | A | Int./Div. | | | Buy | 10/8 | J | | |
| 105. PERMANENT PORTFOLIO PERM PORT | A | Int./Div. | | | Buy | 10/9 | J | | |
| 106. FIDELITY ADVISOR SER I LEVERAGED | A | Int./Div. | | | Buy | 10/16 | J | | |
| 107. FIDELITY ADVISOR SER I LEVERAGED CO STOCK FD INSTL CL | A | Interest | | | Buy | 10/23 | J | | |
| 108. IVY FDS INC ASSET STRATEGY FD CL A | A | Int./Div. | | | Buy | 11/5 | J | | |
| 109. FIDELITY ADVISOR SER I LEVERAGED CO STOCK FD INSTL CL | A | Int./Div. | | | Buy | 11/5 | J | | |
| 110. RYDEX SERIES FUNDS MANAGED FUTURES STRATEGY CL H | A | Int./Div. | | | Buy | 12/19 | J | | |
| 111. PIMCO DEVELOPING LOCAL MARKETS FUND CLASS I | A | Int./Div. | | | Buy | 12/19 | J | | |
| 112. PIMCO EDS PAC INVT M REAL RETURN BOND FUND INSTL CLASS | A | Int./Div. | | | Buy | 12/19 | J | | |
| 113. MATTHEWS ASIAN GROWTH & INCOME FUND | A | Int./Div. | | | Buy | 12/19 | J | | |
| 114. LORD ABBETT GLOBAL DEVELOPING MKTS FD CL A | A | Int./Div. | | | Buy | 12/19 | J | | |
| 115. IVY FDS INC ASSET STRATEGY FD CL A | A | Int./Div. | | | Buy | 12/19 | J | | |
| 116. FIRST EAGLE SOGEN GLOBAL-I | A | Int./Div. | | | Buy | 12/19 | J | | |
| 117. DIAMOND HILL LONG-SHORT FUND CL A | A | Int./Div. | | | Buy | 12/19 | J | | |
| 118. DELAWARE POOLED TR DIVERSIFIED INCOME FD CL A | A | Int./Div. | | | Buy | 12/19 | J | | |
| 119. BLACKROCK FUNDS GLOBAL ALLOCATION INSTIT | A | Int./Div. | | | Buy | 12/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARCIA, ORLANDO L. | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BLACKROCK ALL-CAP GLOBAL RE SOURCES CL -I | A | Int./Div. | | | Buy | 12/19 | J | | |
| 121. ALLIANCEBERSTEIN GLOBAL BOND F D CL A | A | Int./Div. | | | Buy | 12/19 | J | | |
| 122. IVY FDS INC ASSET STRATEGY FD CL A | A | Int./Div. | | | Buy | 12/19 | J | | |
| 123. FIRST EAGLE SOGEN GLOBAL-i | A | Int./Div. | | | Buy | 12/19 | J | | |
| 124. BLACKROCK FUNDS GLOBAL ALLO CAT | A | Int./Div. | | | Buy | 12/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported arc in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544